# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**FRED L. WILLIAMS**　　　　　　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
**ADC #093355**

**v.**　　　　　　　　　　　　　**5:19CV00345-BRW-JJV**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**　　　　　　　　　　　　　　　　　　　　　　**RESPONDENT**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's Objections.   After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED with prejudice and the requested relief is DENIED.

No certificate of appealability wIll issue.

IT IS SO ORDERED this 7th day of May, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　Billy Roy Wilson_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE