IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FRED L. WILLIAMS**                                                                                   **PETITIONER**
**ADC #093355**

**v.**                                              **5:19CV00345-BRW-JJV**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                        **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 7th day of May, 2020.

                                                     Billy Roy Wilson_____
                                                     UNITED STATES DISTRICT JUDGE